Before CERCONE, P. J., and WIEAND * and HOFF-MAN, JJ.

Order affirmed.

---

428 A.2d 699

Commonwealth v. Reppert, Appellant.

Submitted September 13, 1979. Robert E. Giering, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

---

428 A.2d 699

Commonwealth v. Reppert, Appellant.

Submitted September 13, 1979. Robert E. Giering, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

* WIEAND, J., did not participate in the consideration or decision of this case.